July 7, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

LUIS MARTINEZ, Appellant

NO. 14-15-00516-CV                              V.

ULRICA CUTAIA MARTINEZ, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 27, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Luis Martinez.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.